**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00037-CV**
_____

**IN THE INTEREST OF R.H., J.H., D.H., AND J.H.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 24-01-00276**

**MEMORANDUM OPINION**

Appellant J.S. ("Mother"), whose children R.H., J.H., D.H., and J.H. are the subject of the underlying lawsuit, filed an unopposed Motion to Dismiss this appeal. Mother filed the Motion before this Court resolved the appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the Motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 9, 2025
Opinion Delivered April 10, 2025

Before Golemon, C.J., Johnson and Wright, JJ.